16803

MARTIN v. ONE 1941 PLYMOUTH, ETC.
(79 S. E. (2d) 710)

G. S. *Kester, Jr.,* of Columbia, *for Appellant,*

R. K. *Wise, Esq.,* of Columbia, *for Respondent.*

December 7, 1953.

PER CURIAM.

Neither the complaint (if it was verified) nor the affidavit upon which the writ of attachment was issued, is set out in the record, but merely a paragraph or sentence therefrom. The record does not contain sufficient information to enable us to intelligently pass upon the alleged issue in this case; and the appeal is therefore dismissed.

BAKER, C. J., and STUKES, TAYLOR, and OXNER, JJ., and LITTLEJOHN, A. A. J.